UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WELLS FARGO BANK N.A., | |
|---|---|
| Plaintiff, | Case No. 14-cv-01470-VC |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| VICKI ROBINSON, et al., | |
| Defendant. | Re: Dkt. No. 4, 8 |

The Court has reviewed Judge Corley's Report and Recommendation Re: First Motion to Remand and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the plaintiff's First Motion to Remand (Docket No. 4) is GRANTED. The remaining motions are DENIED as moot. The case is REMANDED to the Superior Court of California for the County of Napa.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
VINCE CHHABRIA
United States District Judge